UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 AUG 27 AM 11: 0

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jesus AGUILA-Flores,** Defendant | Magistrate Docket No. '08 MJ 2638 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 26, 2008** within the Southern District of California, defendant, **Jesus AGUILA-Flores,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th DAY OF AUGUST 2008

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

ADRO

**CONTINUATION OF COMPLAINT:**
**Jesus AGUILA-Flores**

## PROBABLE CAUSE STATEMENT

On August 26, 2008 Border Patrol Agent J. A. Guerrero responded to an activation of a seismic intrusion device Northeast of the Tecate, California Port of Entry. Upon arriving in the area, Agent Guerrero found fresh footprints that had crossed the road he was driving on. He followed the footprints north until he found eight individuals attempting to hide in brush.

Agent Guerrero identified himself as a United States Border Patrol Agent and questioned each of the eight individuals as to their citizenship. All subjects including one later identified as the defendant **Jesus AGUILA-Flores**, admitted to having entered the United States illegally without any immigration or travel documents that would allow them to be in, or remain in the United States legally. All subjects admitted to being natives and citizens of Mexico. The defendant and all other subjects were arrested approximately at 3:45 a.m., and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 20, 2008 through San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. He stated he understood his rights, and was willing to answer questions without the presence of an attorney. **AGUILA** admitted that he is a citizen and national of Mexico, illegally present in the United States, with no immigration documents that would allow him to enter or remain in the United States legally. He also stated he was going to San Diego, California.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/27/08
Date